## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Dale Cummings, Jr.

: Chapter 13
:
: Case No.: 15-17130
:

## PRAECIPE TO CHANGE DEBTOR'S ADDRESS

TO THE CLERK:

    Kindly change the Debtor's address from 119 Indian Creek Road, Levittown, PA 19057 to: 33 Cypress Avenue, Jackson, NJ 08527. An amended Voluntary Petition has been filed.

Dated: December 1, 2016

                                             /s/ Brad J. Sadek
                                             Brad J. Sadek, Esquire
                                             Counsel for Debtor