United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-17130-sr
Dale Cummings, Jr.                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JeanetteG            Page 1 of 1            Date Rcvd: Jan 20, 2017
                            Form ID: 138NEW            Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2017.
```
db           +Dale Cummings, Jr.,    33 Cypress Avenue,    Jackson, NJ 08527-2720
13608599     +Begley, Carlin & Mandio, LLP,    680 Middletown Blvd,    Langhorne, PA 19047-1817
13640132      DLJ Mortgage Capital, Inc.,    Selene Finance,    9990 Richmond Avenue,    Suite 400 South,
               Houston, TX 77042-4546
13608601     +KML Law Group, P.C.,    BNY Independence Center,    Suite 5000,    701 Market Street,
               Philadelphia, PA 19106-1541
13608602     +Selene Finance LP,    9990 Richmond Ave,    Ste 40,    Houston, TX 77042-8500
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Jan 21 2017 01:59:50     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 21 2017 01:58:56
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 21 2017 01:59:43     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13608600     +E-mail/Text: ebnsterling@weltman.com Jan 21 2017 01:58:48     Kay Jewelers,    375 Ghent Rd,
               Fairlawn, OH 44333-4600
13614071      E-mail/Text: appebnmailbox@sprint.com Jan 21 2017 01:59:26     Sprint Corp.,
               Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
13643813     +E-mail/Text: ecf@buckleyking.com Jan 21 2017 01:58:41
               Sterling Jewelers, Inc. dba Kay Jewelers,    c/o Buckley King LPA,
               600 Superior Avenue East, Suite 1400,    Cleveland, Ohio 44114-2693
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13608598     ##+Access Receivables,    200 E Joppa Rd,    Ste 310,    Towson, MD 21286-3108
                                                                                   TOTALS: 0, * 0, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2017 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              BRAD J. SADEK    on behalf of Debtor Dale  Cummings, Jr. brad@sadeklaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    DLJ Mortgage Capital, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Dale Cummings, Jr.
    Debtor(s)

Bankruptcy No: 15–17130–sr
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 1/20/17

43 – 42
Form 138_new