United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 15-17130-sr
Dale Cummings, Jr.                                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JeanetteG        Page 1 of 1           Date Rcvd: Feb 27, 2017
                        Form ID: 195         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
db             +Dale Cummings, Jr.,    33 Cypress Avenue,    Jackson, NJ 08527-2720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:
        ANN E. SWARTZ    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com, ecfmail@mwc-law.com
        BRAD J. SADEK    on behalf of Debtor Dale  Cummings, Jr. brad@sadeklaw.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor    DLJ Mortgage Capital, Inc. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                          TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Dale Cummings, Jr.                                              : Case No. 15–17130–sr
        Debtor(s)

### ORDER
_____

AND NOW, this day , February 27, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

47
Form 195